UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00335-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MAXWELL GARIHAN**,
2. **GARY GARIHAN**,

    Defendants.

_____

# ORDER
_____

THIS MATTER comes before the Court on the Unopposed Motion to Continue Sentencing Hearing (Motion) **(#43)** filed December 20, 2007, by Defendant Maxwell Garihan. Having reviewed the Motion, the Court

**FINDS** that:

1. The scheduled sentencing hearing was cleared on the calendars of counsel in open court at the time of the change of plea hearing. Representations that there is now a conflict on counsels' calendar, in the absence of representations that such new conflict was unanticipated and unavoidable, does not constitute cause for continuance.

2. Representations that the Probation Officer preparing the PSR is willing to grant additional time to the Defendant to object, due to the filing of a motion to continue the sentencing, is irrelevant. The filing of a motion for continuance does

not change any deadline nor should counsel or the Probation Officer assume that it will be granted.

3. Good cause exists to vacate the sentencing hearing to allow the parties to seek a joint hearing for Defendants Maxwell and Garihan.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and the sentencing hearing set for January 7, 2008, is **VACATED**. Both the Government and the Defendants shall have **ten days from the date of this Order** to request, in writing, a joint sentencing hearing and **14 days** in which to contact the Court to reset it. **No further continuances will be granted.**

DATED this 21st day of December, 2007.

BY THE COURT:

_____
Marcia S. Krieger
United States District Judge