UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00335-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. MAXWELL GARIHAN,
2. GARY GARIHAN,

       Defendants.

## ORDER SETTING DATE FOR RESPONSE TO MOTION

THIS MATTER comes before the Court on the Motion for Joint Sentencing Hearing (Motion) **(#46)** filed January 2, 2008, by Defendant Gary Paul Garihan. The Motion contains no agreement between the parties, therefore, in order to provide adequate opportunity for response and for prompt determination,

**IT IS HEREBY ORDERED** that any response or objection to the Motion shall be filed with the Court no later than **January 14, 2008.** Objections and requests for hearing shall clearly specify the grounds upon which they are based, including citation of supporting legal authority, if any. In the absence of a timely objection:

1)     The Court may grant the above-described Motion; and

2)     The movant shall submit a proposed order in hard copy or to

    krieger_chambers@cod.uscourts.gov.

DATED this 3rd day of January, 2008.

BY THE COURT:

_____
Marcia S. Krieger
United States District Judge