UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00335-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **MAXWELL GARIHAN,**
2. **GARY GARIHAN,**

    Defendants.

___

## ORDER SETTING JOINT SENTENCING HEARING
___

Pursuant to this Court's Order Granting Motion for Joint Sentencing [#50], this matter is set for a half-day Joint Sentencing Hearing on **March 31, 2008, at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 15th day of January, 2008.

                                            **BY THE COURT:**

                                            *[signature]*

                                            Marcia S. Krieger
                                            United States District Judge