## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: March 31, 2008 |
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Tom Destito | |

Criminal Action No. 07-cr-00335-MSK

*Parties*:                                              *Counsel*:

UNITED STATES OF AMERICA,                David Conner

       Plaintiff,

v.

MAXWELL GARIHAN, and                       Martha Eskesen
GARY PAUL GARIHAN,                            Robert Pepin

       Defendants.

---

## SENTENCING MINUTES

---

**8:55 a.m.**     **Court in session**.

Defendant Gary Garihan present on bond. Defendant Maxwell Garihan present in custody.

The victims or victims were given an opportunity to make statements with regard to sentencing of both defendants.

**Defendant Gary Garihan:**

**Change of Plea Hearing on October 22, 2007 (Gary Garhian). Defendant pled guilty to Counts 1 and 2 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The defendant **does** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure (**Doc. #54**) with regard to defendant Gary Garihan. The defendant has no objection.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The Government, the defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose (defendant Gary Garihan) as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Oral findings are made of record.

**ORDER:** The Government's Motion for Downward Departure (Doc. #54) **with regard to defendant Gary Garihan is GRANTED.**

**ORDER: DEFENDANT GARY GARIHAN IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant Gary Garihan will self surrender at the institution designated by the Bureau of Prisons before noon on May 5, 2008 and upon his surrender the conditions on his release will be terminated.

**10:02 a.m.** **Court in recess**
**10:12 a.m.** **Court in session**

**Defendant Maxwell Garihan:**

**Change of Plea Hearing on October 1, 2007 (Maxwell Garihan). Defendant plead guilty to Counts 1 and 2 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The Government, the defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose (defendant Maxwell Garihan) as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Oral findings are made of record.

**ORDER: THE DEFENDANT MAXWELL GARIHAN IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:48 a.m.** **Court in recess.**

Total Time: 1 hour 43 minutes.
Hearing concluded.